1

2

3                                                        JS-6

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   BINAIFER DHOLOO,                      Case No. CV 19-1357 MWF (AGRx)

12              Plaintiff,                  **ORDER GRANTING JOINT
                                            STIPULATION FOR DISMISSAL**
13         v.                               **OF ACTION**

14   SHIRE-NPS PHARMACEUTICALS,
     INC., et al.,
15
                Defendants.
16

17

18

19

20         Based on the Joint Stipulation for Dismissal of Action (Docket No. 22), and for

21   good cause shown,

22         IT IS HEREBY ORDERED that this entire action is DISMISSED with prejudice.

23   Each party is to bear its own attorneys' fees and costs.

24         **IT IS SO ORDERED**

25

26   Dated:  June 4, 2020         _____

27                                MICHAEL W. FITZGERALD
                                  United States District Judge
28

-1-